NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 24-7050 & 24-7065

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

STACIA HALL, *et al.*,
APPELLANTS & CROSS-APPELLEES,

v.

DISTRICT OF COLUMBIA BOARD OF ELECTIONS,
APPELLEE & CROSS-APPELLANT.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CROSS-APPELLANT'S CERTIFICATE AS TO PARTIES,
RULINGS, AND RELATED CASES**

A.  *Parties and amici.*—Cross-appellant is the District of Columbia Board of Elections, which was the defendant below.  Cross-appellees are Stacia Hall, Ralph Chittams, Suzzanne Keller, Ken McClenton, Kimberly Epps, Dick Anthony Heller, and Nicolle S.A. Lyon, who were the plaintiffs below.  The Lawyers' Committee for Civil Rights Under Law and the Washington Lawyers' Committee for Civil Rights and Urban Affairs appeared as amici curiae in the district court in support of defendant.  No amici curiae have yet appeared in this Court.

B.  *Ruling under review*.—The ruling of the district court under review is the March 20, 2024 Memorandum Opinion and Order (ECF Nos. 19 & 20), entered by U.S. District Judge Amy Berman Jackson, which granted defendant's motion to dismiss (ECF No. 8) plaintiffs' complaint (ECF No. 1) for lack of standing. The decision is not reported but is available at 2024 WL 1212953.

C.  *Related cases*.—This case has not previously been before this Court or any other court. Undersigned counsel is unaware of any related case (other than the consolidated appeal, No. 24-7050).

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

CARL J. SCHIFFERLE
Deputy Solicitor General

/s/ Bryan J. Leitch
BRYAN J. LEITCH
Assistant Attorney General
D.C. Bar Number 1016484
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6524 (office)
(202) 741-0649 (fax)
bryan.leitch@dc.gov

May 2024

## CERTIFICATE OF SERVICE

I certify that on May 31, 2024 this Certificate as to Parties, Rulings, and Related Cases was served electronically via this Court's CM/ECF system to:

Gina D'Andrea

Christopher Hajec

                                        /s/ Bryan J. Leitch
                                        BRYAN J. LEITCH