# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-7050**　　　　　　　　　　　　　　　**September Term, 2024**

**1:23-cv-01261-ABJ**

**Filed On: February 28, 2025** [2103441]

Stacia Hall, et al.,

      Appellants

    v.

District of Columbia Board of Elections,

      Appellee

------------------------------

Consolidated with 24-7065

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for March 14, 2025, at 9:30 A.M.:

    Appellants    -    10 Minutes

    Appellee    -    10 Minutes

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Pillard and Childs, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 4, 2025.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)